```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 13563
    LAKESHA CLAY TOLBERT
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-6180

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/28/2008 and was confirmed 09/15/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   4.00%.

     The case was dismissed after confirmation 12/22/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------------
CONSUMER PORTFOLIO SERV  SECURED VEHIC      9500.00           .00       828.00
CONSUMER PORTFOLIO SERV  UNSECURED          6238.28           .00          .00
CONSUMER PORTFOLIO SERVI NOTICE ONLY       NOT FILED          .00          .00
TIDEWATER MOTOR CREDIT   SECURED NOT I          .00           .00          .00
TIDEWATER MOTOR CREDIT   UNSECURED          6208.49           .00          .00
AARON SALSES & LEASE     NOTICE ONLY       NOT FILED          .00          .00
COMCAST                  NOTICE ONLY       NOT FILED          .00          .00
COMCAST/CHICAGO          UNSECURED         NOT FILED          .00          .00
COMMONWEALTH EDISON      UNSECURED          2625.86           .00          .00
DIRECTV                  NOTICE ONLY       NOT FILED          .00          .00
DIRECTV                  UNSECURED         NOT FILED          .00          .00
ECHO                     UNSECURED         NOT FILED          .00          .00
FIRST PREMIER BANK       UNSECURED         NOT FILED          .00          .00
PREMIER BANKCARD         UNSECURED           252.87           .00          .00
FIRST FREMIER BANK       NOTICE ONLY       NOT FILED          .00          .00
HEIGHTS FIN              UNSECURED         NOT FILED          .00          .00
HEIGHTS FIN              NOTICE ONLY       NOT FILED          .00          .00
HSBC BANK                UNSECURED         NOT FILED          .00          .00
HSBC BANK N              NOTICE ONLY       NOT FILED          .00          .00
INGALLS MIDWEST EMERGENC UNSECURED         NOT FILED          .00          .00
INGALLS MIDWEST EMERGENC NOTICE ONLY       NOT FILED          .00          .00
KOMYATTASSOC             UNSECURED            76.00           .00          .00
MEDICAL BUSINESS BUREAU  UNSECURED         NOT FILED          .00          .00
NICOR GAS                UNSECURED          2210.75           .00          .00
QUINLAN & FABISH         UNSECURED         NOT FILED          .00          .00
SPRINT PCS               UNSECURED         NOT FILED          .00          .00
ST JAMES HOSPITAL & HEAL UNSECURED         NOT FILED          .00          .00
ST JAMES HOSPITAL & HEAL NOTICE ONLY       NOT FILED          .00          .00
ST MARGARET MERCY HEALTH UNSECURED         NOT FILED          .00          .00
UIC COLLEGE OF DENTISTRY UNSECURED         NOT FILED          .00          .00
WASHINGTON MUTUAL        UNSECURED         NOT FILED          .00          .00
JASTON WARD              NOTICE ONLY       NOT FILED          .00          .00
```

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 13563 LAKESHA CLAY TOLBERT

```
TERREL TOLBERT            NOTICE ONLY    NOT FILED              .00            .00
TERREL TOLBERT            NOTICE ONLY    NOT FILED              .00            .00
VILLAGE OF PARK FOREST    UNSECURED      NOT FILED              .00            .00
VILLAGE OF PARK FOREST    UNSECURED      NOT FILED              .00            .00
AARON RENTS INC           SECURED NOT I    597.59               .00            .00
AARON RENTS INC           UNSECURED         67.69               .00            .00
AARON RENTS INC           SECURED NOT I     90.11               .00            .00
AARON RENTS INC           UNSECURED          8.88               .00            .00
ORAL & MAXILLOFACIAL SUR  FILED LATE          .00               .00            .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY    3,499.00                              .00
TOM VAUGHN                TRUSTEE                                            72.00
DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    900.00

PRIORITY                                              .00
SECURED                                            828.00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                72.00
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                     900.00                  900.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/05/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 08 B 13563 LAKESHA CLAY TOLBERT